## UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ANNE E. THOMPSON**<br>**JUDGE** | **U.S. COURTHOUSE**<br>**402 E. STATE STREET**<br>**ROOM 4000**<br>**TRENTON, NJ 08608**<br>**(609) 989-2123** |

### LETTER

To: Defendant Roberto Rentas Negron
Re: *United States v. Negron* (Cr. No. 13-364)

April 22, 2020

Dear Mr. Negron,

    The Court has received your letter requesting appointment of an attorney under the Criminal Justice Act. (ECF No. 34.) Please advise the Court in writing of your time served and scheduled release date.

    Very truly yours,

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.

cc:   All Counsel and Parties